**Janeway Law Firm, LLC**
3636 N. Central Ave., Suite #400
Phoenix, AZ 85012
(602) 222-5711
(602) 222-5701 Facsimile
(847) 627-8802 Facsimile
AZNotices@logs.com, e-mail
Jason P. Sherman, Bar # 019999
Lydia R. Tulin, Bar #027093
Attorney for Nationstar Mortgage LLC d/b/a Mr. Cooper
[FILE 19-027480 CXE]

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| In re: | Case # 2:20-bk-01580-EPB |
|---|---|
| KUSHUNE ALLEN, | Chapter 13 |
| Debtor. | **NOTICE OF APPEARANCE** and Request for Notice |

Notice is hereby given that the law firm of Janeway Law Firm, LLC makes an appearance as the attorneys of record for Nationstar Mortgage LLC d/b/a Mr. Cooper. Request is hereby made for the following information to be added to the master mailing list, and that a copy of any notice in this case be sent to:

File 19-027480 CXE
Janeway Law Firm, LLC
3636 N. Central Ave., Suite #400
Phoenix, AZ 85012

Nationstar Mortgage LLC d/b/a Mr. Cooper
PO Box 619096
Dallas, TX 75261-9741

DATED this 21 day of February, 2020.

                                  Janeway Law Firm, LLC

                                  _____
                                  Jason P. Sherman
                                  Lydia R. Tulin
                                  Attorney for Nationstar Mortgage LLC d/b/a Mr. Cooper

Original filed this 21st day
of February, 2020 with:

United States Bankruptcy Court
230 N. First Ave., Suite 204
Phoenix, AZ 85003-1706

Copy of the foregoing was mailed
this 21st day of February, 2020 to:

Chapter 13 Trustee:
Russell Brown
3838 North Central Avenue
Suite 800
Phoenix, AZ 85012-1965

Attorney for Debtor:
Thomas Adams Mcavity
Phoenix Fresh Start Bankrupty Attorneys
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85028

Debtor:
Kushune Allen
6169 W Evergreen Rd
Glendale, AZ 85302

By _____