Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018
Phone: 602-598-5075
Fax: 866-241-4176
Email: tom@phoenixfreshstartbankruptcy.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>KUSHUNE DENISE ALLEN,<br><br>    Debtor | Chapter: 13<br>Case No. 2:20-bk-01580-EPB<br><br>MOTION FOR ACCELERATED HEARING ON MOTION TO CONTINUE AUTOMATIC STAY |

COMES NOW, Debtor KUSHUNE DENISE ALLEN ("Debtor") by and through counsel undersigned and hereby moves this Honorable Court for an accelerated hearing on the Motion for Extension of Stay filed the 4th of March, 2020 for the reason that 11 USC §362(c)(3)(B) requires that notice and hearing be completed before the expiration of thirty(30) days after the filing of Debtor's Chapter 13 Case continue the automatic stay in her bankruptcy as to all creditors. This Motion is supported by the

RESPECTFULLY SUBMITTED this 5th day of March, 2020

                                                      /s/ Tom McAvity
                                                    Tom McAvity, 034403
                                                    Phoenix Fresh Start Bankruptcy
                                                    4602 E Thomas Rd, Ste S-9
                                                    Phoenix, AZ 85018
                                                    Phone: 602-598-5075

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing was submitted on March 5th, 2020 in the United States Bankruptcy Court for filing and transmittal of notice of electronic filing to the United States Trustee, the Chapter 13 Trustee and the ECF registrants appearing in this case.

By: */s/ Tom McAvity*