IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

MINUTE ENTRY/ORDER

Bankruptcy Judge:   Hon. Eddward P. Ballinger, Jr.

Case Name: KUSHUNE DENISE ALLEN                                         Ch. 13

Case No.: 2:20-BK-01580- EPB

Subject of Matter: Debtor's Motion for Accelerated Hearing on Motion to Continue Automatic Stay

Date Matter Ruled Upon:   3/10/20

_____

The Court has reviewed Debtor's Motion for Accelerated Hearing on Motion to Continue the Automatic Stay.

IT IS ORDERED setting the motion for hearing for March 17, 2020 at 10:30 a.m., 230 North First Avenue, 7th Floor, Courtroom 703, Phoenix, Arizona, 85003.

IT IS FURTHER ORDERED that the automatic stay shall remain in effect until the matter can be heard on March 17, 2020.