**Janeway Law Firm, LLC**
3636 N. Central Ave., Suite #400
Phoenix, AZ 85012
(602) 222-5711
(602) 222-5701 Facsimile
(847) 627-8802 Facsimile
AZNotices@logs.com, e-mail
Jason P. Sherman, Bar # 019999
Lydia R. Tulin, Bar #027093
Attorney for Nationstar Mortgage LLC d/b/a Mr. Cooper
[FILE 19-027480 CXE]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| In re: | Case # 2:20-bk-01580-EPB |
|---|---|
| KUSHUNE ALLEN, | Chapter 13 |
| Debtor. | **OBJECTION TO CHAPTER 13 PLAN BY** Nationstar Mortgage LLC d/b/a Mr. Cooper |

Nationstar Mortgage LLC d/b/a Mr. Cooper, ("MRC"), a secured creditor in this bankruptcy case, through undersigned counsel hereby objects to the confirmation of the Chapter 13 Plan filed by the Debtor for the reasons stated below.

1. MRC is the holder of a note ("the MRC Note"), secured by a deed of trust recorded in the first position against certain real property, ("the Property"), generally described as 6169 W Evergreen Rd, Glendale, AZ 85302.

True and correct copies of the Note and Deed of Trust held by MRC are attached to the Proof of Claim at Claim's Register #2. Upon information and belief, the above-described real property is the principal residence of the Debtor.

2. When the bankruptcy petition was filed on February 15, 2020, the payments under the terms of the MRC Note were in default. The plan incorrectly states the creditor and amount of the default on the MRC Note to be cured. The correct amount of the default to be cured pursuant to the Proof of Claim filed by MRC is as follows:

ARREARAGE AMOUNT DUE at the time the case was filed:

**TOTAL ARREARAGE AND OTHER CHARGES:** $12,154.56[1]

3. MRC objects to the Confirmation unless the regular post-petition payments due on the Note are current.

WHEREFORE, MRC objects to confirmation of the chapter 13 Plan.

DATED this 16 day of March, 2020.

Janeway Law Firm, LLC

_____
Jason P. Sherman
Lydia R. Tulin
Attorney for Nationstar Mortgage LLC d/b/a Mr. Cooper

Original filed this 16 day
of March, 2020 with:

United States Bankruptcy Court
230 N. First Ave., Suite 204
Phoenix, AZ 85003-1706

Copy of the foregoing was mailed
this 16 day of March, 2020 to:

Chapter 13 Trustee:
Russell Brown
3838 North Central Avenue
Suite 800
Phoenix, AZ 85012-1965

---

[1] MRC has not included post-petition bankruptcy attorneys' fees and costs, which were incurred post-petition. If the Debtor intends to cure the post-petition attorneys' fees and costs through the plan, Debtor should contact counsel for MRC to determine the amount.

| | |
|---|---|
| 1 | Attorney for Debtor:<br>Thomas Adams Mcavity |
| 2 | Phoenix Fresh Start Bankrupty Attorneys<br>4602 E Thomas Rd, Ste S-9 |
| 3 | Phoenix, AZ 85028 |
| 4 | Debtor:<br>Kushune Allen |
| 5 | 6169 W Evergreen Rd<br>Glendale, AZ 85302 |
| 6 | |
| 7 | By _____ |

---

Attorney for Debtor:
Thomas Adams Mcavity
Phoenix Fresh Start Bankrupty Attorneys
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85028

Debtor:
Kushune Allen
6169 W Evergreen Rd
Glendale, AZ 85302

By _____