Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018
Phone: 602-598-5075
Fax: 866-241-4176
Email: tom@phoenixfreshstartbankruptcy.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>KUSHUNE DENISE ALLEN,<br><br>      Debtor | Chapter: 13<br>Case No. 2:20-bk-01580-EPB<br><br>MOTION TO RECONSIDER ORDER DENYING MOTION TO CONTINUE THE SECTION 362(a) STAY PURSUANT TO SECTION 362(c)(3) |

Debtor KUSHUNE DENISE ALLEN ("Debtor"), by and through undersigned counsel, hereby moves the Court, to reconsider its Order denying Debtor's Motion to Continue Automatic Stay based on the failure of counsel to appear at a continued Hearing. This Motion is supported by the following:

### BACKGROUND

1. Debtor filed for protection under Chapter 13 of the United States Bankruptcy Code on February 15, 2020. Russell Brown was appointed as the Chapter 13 Trustee.
2. Debtor filed a Motion to Continue Automatic Stay on March 3, 2020 and a hearing on the Motion was subsequently set for March 17, 2020
3. Debtor's Declaration in Support of her Motion was filed on March 16, 2020
4. A hearing on the Motion was conducted in part of March 17, 2020 where counsel for Debtor explained the basis of Debtor's motion. At the close of the hearing, the Court raised concerns regarding notice with respect to the hearing itself and continued the hearing to April 16, 2020 so that the notice issue could be addressed.
5. Counsel for Debtor addressed the notice issue and filed a Notice of Continued Hearing on April 13, 2020.

6. On April 16, 2020, counsel for debtor appeared in two 341 hearings at nine a.m. and then completely forgot about the hearing calendared for 10:00 am.
7. Fault for missing the hearing was counsel's alone, it had been properly calendared by his staff.
8. Counsel for debtor contacted the court at 12:30 pm via email once he realized what he had done and to apologize for wasting the court's time and, at approximately 1:00 pm, he received the order denying the Motion to Continue Stay,

WHEREFORE Debtor respectfully requests the Court to reconsider its Order Denying Debtor's Motion to Continue Stay and reset this matter for hearing

RESPECTFULLY SUBMITTED this 16th day of April, 2020

/s/ Tom McAvity
Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018
Phone: 602-598-5075

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was submitted on April 16, 2020 in the United States Bankruptcy Court for filing and transmittal of notice of electronic filing to the United States Trustee, the Chapter 13 Trustee and the ECF registrants appearing in this case.

By: /s/ Tom McAvity