FORM notthrg

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:20–bk–01580–EPB

KUSHUNE DENISE ALLEN  Chapter: 13
6169 WEST EVERGREEN ROAD
GLENDALE, AZ 85302
**SSAN:** xxx–xx–8761
**EIN:**

Debtor(s)

## NOTICE OF TELEPHONIC HEARING

A hearing in the above–entitled cause will be held on **4/28/20** at **11:00 AM** before the **Honorable Eddward P. Ballinger Jr..** Any interested party is to appear by telephone. Interested parties are to call **877–810–9415** to appear for the hearing. The access code is **1064631**. The **Honorable Eddward P. Ballinger Jr.** will consider and/or act upon the following matter(s) at the hearing:

DEBTOR'S MOTION TO RECONSIDER ORDER DENYING MOTION TO CONTINUE THE SECTION 362(A) PURSUANT TO SECTION 362(C)(3)

Any response or objection shall be filed pursuant to Local Bankruptcy Rule 9013–1(c) or as set forth by the Court within this notice.

**Date: April 17, 2020**

**Address of the Bankruptcy Clerk's Office:**  Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101  **George Prentice**
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov