# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | KUSHUNE DENISE ALLEN |
| **Case Number:** | 2:20-BK-01580-EPB   **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, APRIL 28, 2020 11:00 AM   TELEPHONIC HRGS |
| **Bankruptcy Judge:** | EDDWARD P. BALLINGER JR. |
| **Courtroom Clerk:** | ANNETTE FRANCHELLO |
| **Reporter / ECR:** | ALISHA SNYDER |

### Matter:

DEBTOR'S MOTION TO RECONSIDER ORDER DENYING MOTION TO CONTINUE THE SECTION 362(A) PURSUANT TO SECTION 362(C)(3)

**R / M #:** 39 / 0

### Appearances:

THOMAS ADAMS MCAVITY, ATTORNEY FOR KUSHUNE DENISE ALLEN

### Proceedings:

Mr. McAvity confirms that there have been no objections. He believes all documents have been provided to the trustee. He notes that the major issue in the dismissal was debtor's failure to provide tax returns. In the prior case, debtor had also lost her job. The debtor is now employed and has filed all her tax returns.

COURT:  IT IS ORDERED granting the motion and directing counsel to upload an appropriate form of order.

Case 2:20-bk-01580-EPB   Doc 43   Filed 04/28/20   Entered 04/28/20 14:37:07   Desc
Main Document    Page 1 of 1

04/28/2020  2:36:56PM