SO ORDERED.

Dated: September 7, 2021

Eddward P. Ballinger Jr., Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>KUSHUNE DENISE ALLEN,<br><br>Debtor. | Chapter 13<br><br>Case No. 2-20-bk-01580 EPB<br><br>**ORDER SUSTAINING TRUSTEE'S OBJECTION TO PROOF OF CLAIM OF AUTO NOW FINANCIAL**<br><br>Court Claim Number: 016 |

The Court, having reviewed the Trustee's Objection to Proof of Claim filed by AUTO NOW FINANCIAL SERVICES, and there being no response or timely response filed by the Claimant, it is

ORDERED sustaining the Trustee's Objection and Claim Number 016 is disallowed.

**ORDER SIGNED AND DATED ABOVE**